# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEOPHUS FITTS, | Case No. CV 17-00567 CAS (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| M.E. SPEARMAN, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: October 25, 2017

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE